MEMORIAL
OF THE TOWN
OF BOSTON.

Town Rec.
1765.
Fol. 669.

PROVINCE OF THE ⎱ *
MASSACHUSETTS ⎰
          BAY.

To his Excellency the Governour *in Council.*
The Memorial of the Town of Bofton.

Humbly fhews, —

THAT your Memorialifts, having a juft Senfe of the Value of the Britifh Conftitution of Government, under which they have enjoyed all
                                                    the

the Bleſſings of civil Life, cannot but be deeply
affected, when the Channels through which theſe
Bleſſings are derived to us are obſtructed; which,
at Preſent, is our unhappy Caſe. The Courts of
Law within the Province, in which alone Juſtice
can be diſtributed among the People, ſo far as
reſpects Civil Matters, are to all Intents and Pur-
poſes ſhut up; for which your Memorialiſts appre-
hend no juſt and legal Reaſon can be aſſigned.

We have always underſtood, that the Law is the
great Rule of Right, the Security of our Lives and
Property, and the Beſt Birthright of Engliſhmen.

Under theſe Apprehenſions, we make our humble
Application to your Excellency in Council, with
whom the Executive Power within the Province is
conſtitutionally lodged, that you would be pleaſed
to give ſuch Directions, to the ſeveral Courts and
their Officers, as that, under no Pretence whatever,
we may be any longer deprived of this invaluable
Bleſſing. And your Memorialiſts pray that they
may be heard upon this moſt important Subject by
their Council learned in Law.

And, as in Duty bound, they ever pray, &c.

Atteſt, W. C., Town Clerk.

# Council Chamber.

Prefent:

His Excellency
Francis Bernard, Efqr., Governour, &c.,
*in Council.*

MR. ADAMS. Innumerable are the Calamities which flow from an Interruption of Juftice. Neceffity requires that the Doors of Juftice fhould ever be open to hear the Complaints of the Injured and Oppreffed.

The Stamp-Act, I take it, is utterly void, and of no binding Force upon us; for it is againft our Rights as Men, and our Priviledges as Englifhmen. An Act made in Defiance of the firft Principles of Juftice; an Act which rips up the Foundation of the Britifh Conftitution, and makes void Maxims of 1800 Years ftanding.

Parliaments may err; they are not infallible; they have been refufed to be fubmitted to. An Act making the King's Proclamation to be Law, the Executive Power adjudged abfolutely void.

The

The Stamp-Act was made where we are in no
Senfe reprefented, therefore no more binding upon
us, than an Act which fhould oblige us to deftroy
One Half of our Species.

There are certain Principles fixed unalterably in
Nature. Convention and Compact are the Requi-
fites to make any Law obligatory. That the Sub-
ject is not bound by Acts, when he is not repre-
fented, is a found Maxim of the Law, and not pe-
culiar to the Britifh Conftitution, but a Maxim of
the antient Roman Law: " What concerns All
fhall be judged of by All."

The only Reafon of the Power of the Parlia-
ment in England is, becaufe they are elected by the
People, who, if their Liberties are infringed, have
a Check at the next Election. Have Americans
any fuch Check? Have they any Voice in Depu-
tation? A Parliament of Great Britain can have
no more Right to tax the Colonies than a Parlia-
ment of Paris.

This Act has never been received from Author-
ity, therefore in a legal Senfe we know Nothing
of it.

The Neceffities of Bufinefs, the Cries of the
People, call aloud for Juftice. It has become im-
poffible to execute this Act, therefore, if it were
binding, we are excufed by every Law, human or
divine, from a Compliance with it. Wood's
Inft. The King's Writs are *ex debitâ Juftitiâ*, and
cannot be denied the Subject. And in *Magna
Charta,*

1765.

MEMORIAL
OF BOSTON.

*Charta*, it is faid, we deny no Man Juftice, we delay no Man Juftice. 2 Inft. ch. 29, p. 56. (1)

*Mr. Otis* (opened with Tears). It is with great Grief that I appear before your Excellency and Honours on this Occafion. A wicked and unfeeling Minifter has caufed a People, the moft loyal and affectionate that ever King was bleffed with, to groan under the moft infupportable Oppreffion. But I think, Sir, that he now ftands upon the Brink of inevitable Deftruction; and truft that foon — very foon, he will feel the full Weight of his injured Sovereign's righteous Indignation. I have no doubt, Sir, but that the loyal and dutiful Reprefentations* of nine Provinces, the Cries and Supplications of a diftreffed People, the united Voice of all of His Majefty's moft loyal and affectionate Britifh-American Subjects, will obtain all that ample Redrefs they have a Right to expect; and that e'er long, they will fee their cruel and infidious Enemies, both at Home and abroad, put to Shame and Confufion.

My

* Alluding to the Tranfactions at the late Congrefs.

---

(1) See John Adams's Diary, December 20, 1765. " I grounded my argument on the invalidity of the Stamp-Act, it not being in any fenfe our act, having never confented to it. But left that foundation fhould not be fufficient, on the prefent neceffity to prevent a failure of juftice, and the prefent impoffibility of carrying that act into execution.. Mr. Otis reafoned with great learning and zeal on the judges oaths, &c.

Mr. Gridley, on the great inconveniences that would enfue the interruption of juftice." 2 John Adams's Works, 158, 9.

My Brother Adams has entered fo largely into
the Validity of the Act, that I fhall not enlarge on
that Head. Indeed, what has been obferved is
fufficient to convince the moft illiterate Savage that
the Parliament of England had no Regard to the
very firft Principles of their own Liberties.

Only the Preamble of that oppreffive Act is
enough to roufe the Blood of every generous
Briton. — " We your Majefty's Subjects, the Com-
mons of Great Britain, &c., do Give and Grant " —
What? Their own Property? No! The Treaf-
ure, the Heart's Blood of all your Majefty's dutiful
and affectionate Britifh-American Subjects.

But the Time is far fpent — I will not tire your
Patience. It was once a fundamental Maxim, that
every Subject had the fame Right to his Life,
Liberty, Property and the *Law*, that the King had
to his Crown; and 'tis yet, I venture to fay, as
much as a Crown is worth, to deny the Subject his
*Law*, which is his Birth-right. 'Tis a firft Princi-
ple, " that Majefty fhould not only fhine in Arms,
but be armed with the Laws." The *Adminiftration*
of Juftice is neceffary to the very Exiftence of Gov-
ernments. Nothing can warrant the ftopping the
Courfe of Juftice, but the impoffibility of holding
Courts, by Reafon of War, Invafion, Rebellion or
Infurrections.* 1 Inft. 249, a & b. This was Law
at a Time when the whole Ifland of Great Britain
was divided into an infinite Number of petty Baro-
nies and Principalities; as Germany is, at this Day.

Infurrections

* Vid. Molloy *de Jure Mar.* p. 6, § 9.

1765.    Infurrections then, and even Invasions, put the
MEMORIAL whole Nation into fuch Confusion, that Justice
OF BOSTON. could not have her equal Courfe; efpecially as the
Kings in antient Times frequently fat as Judges.
But War has now become fo much of a Science,
and gives fo little Difturbance to a Nation en-
gaged, that no War, foreign or domeftic, is a suffi-
cient Reafon for fhutting up the Courts.    But, if it
were, we are not in fuch a State, but far otherwife;
the whole People being willing and demanding the
full Adminiftration of Government.    Vid. Brac-
ton, 240.

The fhutting up of the Courts is an Abdication,
a total Diffolution of Government.    Pollexfen's
Argument at the Revolution Conference, Rapin's
Hiftory, 790.    Jones, 773, 774.    Whoever takes
from the King his executive Power, takes from the
King his Kingfhip.    Vid. the Speeches of Holt,
Somers, Nottingham and other Lords.    Rapin, 790.
Vid. Bracton, 107.

"The Laws which forbid a Man to purfue his
Right one Way, ought to be underftood with this
equitable Reftriction, *that one finds Judges to whom
he may apply.*    When there are no Courts of Law
to appeal to, it is then we muft have Recourfe to
the Law of Nature," &c.*    Hugo Grotius, *de Jure
B. & P.* Lib. 1, C. 3, § 2.    Lib. 2, C. 4, § 9.    C. 7,
§ 2, n. 2.    C. 20, § 2, p. 4 & 5, with Mr. Barbey-
rac's Notes.    Code, Lib. 1, Tit. 9, *De Jud. &
Cæl.*

                                                    I

* Vid. Molloy *De Jure Mar.* ch. 2, § 5.

I can't but obferve that cruel and unheard of Negleft of that Enemy to his King and Country, the Author of this Aft, that, when all Bufinefs, the very Life and Being of a commercial State, was to be carried on by the Ufe of Stamps, that wicked and execrable Minifter never paid the leaft Regard to the Miferies of this extenfive Continent, but fuffered the Time for the taking Place of the Act to elapfe, Months before a fingle Stamp was received. Though this was a high Piece of Infidelity to the Intereft of his royal Mafter, yet it makes it evident that it could never be intended, that if Stamps were not to be had, it fhould put a Stop to all Juftice; which is *ipfo Facto* a Diffolution of Society.

It is a ftrange Kind of Law, which we hear advanced now-a-days, that, becaufe one unpopular Act can't be carried into Execution, that therefore there fhall be an End of all Law. We are not the firft People who have rifen to prevent the Execution of a Law; the very People of England themfelves rofe in Oppofition to the famous Jew-Bill, and got that immediately repealed. And Lawyers know that there are Limits, beyond which if Parliaments go, their Acts bind not. 4 Inft. 122.

The King is always prefumed to be prefent in his Courts, holding out the Law to his Subjects; and when he fhuts his Courts, he unkings himfelf in the moft effential Point. 18 E. 3, ch. 1. 1 H. 4. 20 E. 3, ch. 2. 4 H. 4, ch. 1. Vattel, p. 20. And Magna Charta, and the other Statutes are full, " That they will not defer, delay or deny to any Man Juftice or Right." " That it fhall not be commanded

commanded by the Great Seal, or *in any other Way* to difturb or delay Common Right." The Judges of England are " not to counfel, or affent to any Thing which may turn to the Damage or Difheri-fon of the Crown." They are fworn not to deny to any Man Common Right, by the King's Letters, nor none other Man's, *nor for none other Caufe.* Is not the Diffolution of Society a Disherifon of the Crown? The " Juftices are commanded, that they fhall do even Law and Execution of Right to all our Subjects, rich and poor, without having Regard to any Perfon, without letting to do Right for any Letters or Commandment which may come to them from Us, or from any other, or by any other Caufe." 4 Inft. 70. (2)

*His Excellency the Governour.* The Arguments made Ufe of, both by Mr. Adams and you, would be very pertinent to induce the Judges of the Superiour Court to think the Act of no Validity, and that therefore they fhould pay no Regard to it; but the Queftion with me is, whether that very Thing don't argue the Impropriety of our Inter-meddling in a Matter which folely belongs to them to judge of in their Judicial Department. And can it be proper for us to command them to act in any particular Way, relative to a Matter which is to come before them in their Judicial Capacity? efpecially, as from fome of the very Authorities you have cited, it appears, that the Judges are to obey no Mandate, come it from whomfoever it will.

*Mr.*

--------

(2) See Bofton Gazette, December 30, 1765, January 6, 1766.    2
John Adams's Works, 174.

*Mr. Otis.* Thofe Mandates fpoken of in the Authorities, are fuch as are made to *delay Juftice,* and command the Judges *not to proceed.* That very Thing, I take it, fhews that Juftice is never to be ftopped, but that the Law fhall always have its own Courfe. And furely your Excellency muft fee a great Difference between a Command in Delay of Juftice, and one made in its Furtherance. There is certainly a very wide Diftinction to be made, between faying, Juftice fhall ftop, and a Command or Recommendation to the Judges, to proceed in the feveral Courts of Judicature, according to the Laws and Cuftoms of the Country.*

*Mr. Gridley.* The Queftion now before your Excellency and Honours, is of great Confequence, of very great Weight. The Safety of the whole People, the Prefervation of all Government is in Iffue. All Laws are divided into public and private, criminal and civil. The Criminal Law is as free as ever; for the Act excepts Criminal Matters.

The Benignity of the Law fays, if the Intention of the Party cannot operate one Way, it fhall another. 'Tis fo in all private Tranfactions: — How much more fo in Things of a publick Nature! Though the criminal Law is free, yet there is fuch an intimate Connection between this and private Law, that the one cannot fubfift without the other. Deprive me of the one, and 'tis worfe

* *Qu.* if Fofter's Crown Law, 269, might not have been argued upon by way of Analogy.

worfe than if you deprived me of both.   My
Property is invaded, but the Invader is no Crimi-
nal.   Where then is my Remedy?   He, who de-
prives me of my Remedy, deprives me of my
Right.   What fhall be done?   To fhut up the
Courts is a Renuntiation of Government.   What!
fhall I live in a Society, and yet have no Redrefs
of my Wrongs?   Shall I have no Remedy againft
him who has broken his moft folemn Contracts
and Engagements?   Shall I bear the Infults of
Infolence, and have no Recompence for my Dam-
age and Sufferings as a private Individual?   I
have an Eftate, but I have no Security. — Purfue
the Thought, and it is dreadfull.   Hunger will
break through a Stone Wall.   Difputes, Animofi-
ties, Wrangles, Difaffections, Hatreds, Heart-burn-
ings, Tumults, Confufions, — 'tis eafy for the Imag-
ination to trace the infinite Miferies which rufh in
upon us like an Inundation; — no Need to purfue
it further.

What was the Law inftituted for?   For the
Protection of my Perfon and Eftate.   Government
is fubverted if the Law is not open.   'Tis abfurd
to fuppofe that Society can take away from me my
Right of Self-prefervation as a Man, and not pro-
tect my Property as a Citizen.   The People muft
return to a State of Nature.   And I had much
rather be a Barbarian of the Woods, than live in a
State once under Government, but now reduced to
Anarchy and Confufion.   The Knowledge ob-
tained in Society has only fitted them to execute
their Perpetrations with more Dexterity, and ren-
dered their Plots the more terrible.

But

But let me put the Cafe, that all the Stamp-Papers had been deftroyed by Tempeft, or fome other Cafualty: The Courts in fuch a Cafe muft have proceeded. There is now as much an Impoffibility to ufe thofe Papers, as though they were all in the Bottom of the Ocean.

There is not a Syllable in the Act which has the leaft Afpect, that Courts fhould ftop, if Stamps were not to be obtained. A Mulct is the Punifhment for Non-ufer, — which fhows that if a Perfon will fubmit to that, the End of the Act is complied with: But Impoffibility in fuch Cafe would affuredly excufe: That the Law never requires Impoffibilities is a Maxim of the Law.

Neceffity demands Juftice fhould have its Courfe. It is no Laches, no Default of ours, that the Act cannot be put in Force. The Innocent fhall never be involved in the fame Fate with the Guilty if it can be avoided. It is not in the Power of any one to obtain a Stamp-Paper. A Thing that is impoffible is as though it were not. He who is a Citizen fhall never be denied his Law.* (3)

* *Qu.* If Locke on Government, ch. 19, § 219, would not have been pertinent to the Queftion.

*Qu.* If the Authority from the Year-Book, 19 H. 6, p. 63, would not have been pertinent in the preceding Debate. — "The Law is the greateft Inheritance the King has, for by the Law *He Himfelf*, and all his Subjects are governed; and if there was *no Law*, there would be *no King*, nor Inheritance.

(3) The refult of thefe arguments and the action taken by the Council in the premifes will appear from the following record of a Town Meeting held on the 21ft of December, 1765. Town Records, 1765, Fol. 670:

"3 o'clock P. M.   Met according to Adjournment.
" Mr.

1765.

MEMORIAL
OF BOSTON.

" Mr. Adams again Reported — That the Honourable the Council
" had come into fome Refolves relative to the Memorial of the Town
" to His Excellency in Council, a Copy of which had been handed him
" by the Deputy Secretary, which Refolves being read, it was Voted
" that the fame be entreed upon the Town Records — and they are as
" follows — viz^t —

" ' At a Council held at the Council
" ' Chamber in Bofton upon Sattur-
" '_day the 21st Day of Decem^r.
" ' 1765,

" ' The Board proceeded to the Confideration of the Memorial of the
" ' Town of Bofton, and came to the following Refolves, viz^t. —

" ' That a Queftion in Law neceffarily arifes from faid Memorial,
" ' namely, Whether the Officers of the Courts of Law can be juftified in
" ' proceeding in their refpective Offices with unftamp'd Papers, and it is
" ' thereupon — Refolved that it is the Bufinefs of the Courts of Law to
" ' determine Points of Law, nor can the Board with any Propriety direct
" ' or advife the faid Courts in fuch Judgements or determinations, and
" ' in this particular point of Law under the prefent ftate of the Province
" ' the Board are defirous that the faid Courts fhould be free in their
" ' Judgments, without any apprehenfion of cenfure from the Board. It
" ' is therefore further —

" ' Refolved, that the Subject-Matter of this Memorial is not proper
" ' for the determination of this Board, nor is it in the power of the Board
" ' to afford relief in the way and manner pray'd for, but the Board rec-
" ' ommend it to the Juftices of the Inferior Court of Common Pleas for
" ' the County of Suffolk to determine the aforefaid Point of Law as foon
" ' as may be, and to the other Courts within the Province to determine it
" ' at or before their refpective Terms.

" ' A true Copy.   Att.          J^no. COTTON, D Sec^ry.'

" Upon a Motion made and feconded — the Queftion was put.
" Viz^t. — Whether the Town apprehend the above Refolves *of Council*
" in confequence of their Memorial to *His Excellency* in Council to be
" fatisfactory — Paffed in the Negative unanimoufly."

" Adjourned to Thurfday next 10 o'clock A.M.

" Thurfday December 26th, 1765.   Met according to Adjourn^t.

" The Town being acquainted by feveral Gentlemen prefent, that
" the Courts of Probate within this Province would be opened ; that the
" Sheriff of the County of Suffolk had ferved, and was ready to ferve all
" Writts brought to him, and that the Court of Common Pleas for faid
" County next in courfe to fit, would meet & proceed to Bufinefs ; and
" that Mr. Sheriff Greenleaff, and Mr. William Mollineux could give
" the Town further fatisfaction relative to thefe particulars —

" It was therefore Voted, that Mr. Sheriff and Mr. Mollineux be
" defired to inform the Town refpecting thefe Matters — Mr. Sheriff
accordingly

" accordingly declared that he had duly ferved all the Writts which had " been given him for Service to this Day — and Mr. Mollineux that " having difcourfed the Judges of the Inferior Court, he had no reafon " to doubt but that the aforefaid Court would at their next Term pro- " ceed to Bufinefs as ufual.

" Upon a Motion made and feconded — Voted that when this Meet- " ing be adjourned, it fhall be to Thurfday the 16th Day of January " next.

" Thurfday the 16th of January 1766. Met according to Adjourn- " ment.

" Whereas the Inferior Court of Common Pleas for the County, " together with the Court of Probate, is now open, and Bufinefs going " on as ufual — Voted unanimoufly that the Reprefentatives of the Town " be and hereby are Inftructed to ufe their utmoft endeavours with the " General Affembly at the prefent Seffion, that Meafures may be taken " that Juftice be alfo duly Adminiftred in all the Countys throughout " the Province, and that enquiry may be made into the Reafons why " the Courts of Juftice in the Province has been in any Meafure " obftructed.

" It is further Voted unanimoufly that the Reprefentatives be alfo " Inftructed to ufe their Influence in the General Affembly that proper " enquiry may be made into the behavior of any Perfon, or Perfons, " who by their mifconduct have either contributed toward the Difficul- " tys we labour under refpecting the Stamp Act, or have bafely neglected " to ufe their upright and beft endeavors to relieve us from those Diffi- " cultys.

" VOTED that the Thanks of the Town be, and hereby are given to " the Honourable James Otis, Efq., the Moderator of this Meeting, for " difpatching the Bufinefs thereof.

" Then the Meeting was diffolved."

Governor Bernard thus defcribes thefe occurrences in a letter to the Lords of Trade, dated January 18, 1766, for a copy of which with others we are indebted to the kindnefs of Hon. George Bancroft :

*Gov. Bernard to Lords of Trade, Jan'y 18, 1766.*

——" They next began with the Courts of Juftice, & for that pur- " pofe prefented a Memorial to the Governor and Council. This " Memorial was confidered in a full Council of 15 ; & the prayer of it, " that the Governor & Council would give orders that the Courts " fhould be opened, was unanimoufly rejected. This refolution of the " Council was reported at a Town Meeting the fame day & unani- " moufly voted unfatisfactory. Neverthelefs means were found that the " Courts of this County fhould be opened ; the Judges as I fuppofe, fub- mitting

1766.

MEMORIAL
OF BOSTON.

1766.

MEMORIAL
OF BOSTON.

" mitting to the defpotifm of the people. It was then hoped that all
" things would be quiet ; but no fuch thing : it was then infifted in this
" Town they fhould not be fatisfied with their own Courts being opened,
" unlefs all the Courts of the Province, who tho' very much diffatisfied
" with the Stamp Act, would not proceed in open defiance of an Act of
" the Parliament, & a great part of the people were quite fatisfied with
" waiting until the fuccefs of the laft application to Parliament could be
" known.    But Bofton muft govern the whole Province, & the Delin-
" quency muft be rendered univerfal."

It will be remembered that Chief Juftice Hutchinfon had been alfo
Judge of Probate for the County of Suffolk.   *Ante*, p. 98.   Having
refufed to open the Court or to allow any bufinefs to proceed without
ftamps, he confidered himfelf compelled either to refign or quit the
country, and chofe the former alternative.   3 Hutch. Hift. Mafs. 142.

On the 18th, the Houfe of Reprefentatives in reply to the Governor's
addrefs at the clofe of the laft feffion, prefented a meffage to his Excel-
lency which was publifhed in the Maffachufetts Gazette of the 23rd, and
which contains the following language :

" The Courts of Juftice muft be open — open immediately ; and the
" Law, the great Rule of Right in every County in the Province exe-
" cuted — The ftopping the Courfe of Juftice is a Grievance which this
" Houfe muft enquire into — Juftice muft be fully adminiftred through
" the Province, by which the fhocking Effects which your Excellency
" apprehended from the People's non-compliance with the Stamp Act
" will be prevented."

And on the 24th, the Houfe, probably in confequence of the votes
of the Town, paffed the following refolve :

" Refolved that the fhutting up of the Courts of Juftice in general
" in this Province, particularly the Superiour Court, has a manifeft
" Tendency to diffolve the Bonds of civil Society, is unjuftifiable upon
" the Principles of Law and Reafon, dangerous to his Majefty's Crown
" and Dignity, and a very great Grievance to the Subject that re-
" quires immediate Redrefs ; and that therefore the Judges and Juftices,
" and all other publick Officers in this Province ought to proceed in the
" Difcharge of their feveral Functions as ufual."

This refolve was fent up for concurrence to the Council, where the
proceedings are thus defcribed by Governor Bernard.

*Gov, Bernard to Lords of Trade, March 10, 1766.*

—— " The Council after a fhort Debate ordered it to lye on the Ta-
" ble ; the Houfe fent up a Meffage to defire they would pafs on it.   The
Council

" Council refumed the confideration of it, and it having been faid that
" it did not appear that the Judges would not proceed in Bufinefs at the
" ufuall Time, it was ordered that the Judges be defired to meet together,
" and after confideration to fignify to the Council whether they intended
" to proceed in Bufinefs at the ufual Time.   The Judges accordingly
" met, and fignified to the Council by Letter that it was impoffible for
" them to determine abfolutely what they fhould do at fo diftant a Time
" (5 Weeks); but they were of Opinion that if the Circumftances of the
" Province were the fame at the Time of opening the Court as they
" were now, and the Lawyers fhould urge their proceeding, they fhould
" find themfelves obliged to proceed.   The Council voted this to be
" fatisfactory and paffed upon the Refolve by non-concurring it.   The
" Houfe fent down for the Judges Letters, and voted that the Informa-
" tion was unfatisfactory, and fo the Matter ended. — In the firft Debate
" upon the Refolve, the Lieutenant Governour bore a principal Part.
" In the next Bofton Gazette came out a Letter figned Freeborn Arm-
" ftrong, containing virulent Abufe of the Lieutenant Governour, mif-
" reprefenting what he faid in the Council, and arraigning him upon the
" very Falfities of the Mifreprefentation.   This was a Breach of Privi-
" ledge tending to overturn all Government by deftroying a main Pillar
" of it — Freedom of Debate in Councils of State.   Upon this Princi-
" ple the Council were earneftly urged by myfelf and fome of the moft
" reputable of their own Body, to refent this in a Parliamentary Way.
" But it could not be obtained, — it was faid that, if they committed the
" Printers, they would be refcued by the Mob, — that if the Author was
" difcovered in Form, as he was known to be a Member of the Houfe
" (Mr. Otis) they fhould be involved in a Quarrel with the Houfe; that
" this was not a Time to refent Indignities.   So they contented them-
" felves with vindicating the Lieutenant Governour's Character by a
" Publication of their own.   Bofton Gazette, Jan'y 27 & Feb. 3.''

This reply was alfo publifhed in the Maffachufetts Gazette of Janu-
ary 30th, as follows:

" Province of    }
" *Maffachufetts Bay.* }

IN COUNCIL Tuefday the 28th Day
of January 1766.

" Sixteen Gentlemen of the Board being then prefent, who had been
" likewife prefent on Friday the 24th Inftant:
" A Paragraph in the Bofton Gazette of the 27th Inft. was read at
" the Board, containing a Refolve of the Honourable Houfe of Repre-
" fentatives of the 24th Inftant, refpecting the fhutting up the Courts of
" Juftice in this Province and afferting That ' The Refolves was the fame
" ' Day fent up to the Hon. Board for their Concurrence when the
" ' Hon. Thomas Hutchinfon, Efq; Lieutenant Governor, and Chief
Juftice

" ' Juſtice of the Superiour Court, who, on this Occaſion alſo ſits as " ' Preſident of the Council, a Place he has uſurped, after engroſſing all " ' the Places of Honor and Profit in the Province moved to give it the " ' go-by, ſaying it was Impertinent, and beneath the Notice of the Hon. " ' Board, or to that Effeċt.'

" Whereupon a Debate was had at the Board upon the ſaid Para- " graph; and the following Queſtions were thereupon put,

" Q. 1. Whether any Gentlemen preſent at the Board on Friday " laſt heard the Lieutenant Governor expreſs himſelf in the Manner " mentioned in the Boſton Gazette of Yeſterday, viz. That the Reſolve " of the Houſe was impertinent, and beneath the Notice of the Hon. " Board, or Words to that Effeċt ?

" *It paſſed unanimouſly in the Negative.*

" 2. Whether the Words the Lieutenant Governor uttered in that " Debate carried any Refleċtion on the Honorable Houſe of Repre- " ſentatives ?

" *It paſſed unanimouſly in the Negative.*

" 3. Whether his Honor the Lieutenant-Governor hath uſurped the " Place of Preſident of the Board ?

" *Reſolved,* That when his Honor firſt took the Place of Preſident " of the Board, it was determined by the Reſolution of the Board at that " Time, after ſearching the Books for Precedents in the like Caſes : " And it was declared by ſome Gentlemen who were then preſent, that " the Motion was made, and the Queſtion determined by the Board, the " Lieutenant-Governor himſelf being altogether ſilent on the Occaſion.

" *THE foregoing is a true Copy, and publiſhed by Order of the Board.*

" *Atteſt.*                  A. OLIVER, Secr'y."